Kathen Roy WYNNE, Movant–Appellant,

v.

STATE of Missouri, Respondent–
Respondent.

No. 64031.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 1, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 23, 1994.

Application to Transfer Denied
April 26, 1994.

Dave Hemingway, St. Louis, for movant-
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jen-
nifer A. Glancy, Asst. Atty. Gen., Jefferson
City, for respondent-respondent.

Before CRANDALL, P.J. and
REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant, Kathen Roy Wynne, appeals from
the denial of his Rule 24.035 motion without
an evidentiary hearing. The judgment of
conviction sought to be vacated was for steal-
ing property of a value of $150.00 or more for
which movant was sentenced, as a prior and
persistent offender, to imprisonment for
twelve years.

The judgment of the motion court is based
on findings of fact that are not clearly erro-
neous; no error of law appears. An opinion
would have no precedential value.

The judgment of the motion court is af-
firmed. Rule 84.16(b).